PROB 12C
(7/93)

Report Date: March 23, 2012

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 02 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Noe Tapia                      Case Number: 2:06CR00105-001

Address of Offender:           Schawana, WA  99321

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 4/18/2007

Original Offense:       Conspiracy to Interfere with Commerce by Robbery, 18 U.S.C. § 1951 and 371

Original Sentence:      Prison - 60                Type of Supervision: Supervised Release
                        Months; TSR - 36
                        Months

Asst. U.S. Attorney:    K. Jill Bolton             Date Supervision Commenced: 5/13/2011

Defense Attorney:       Ronald A. Van Wert         Date Supervision Expires: 5/12/2014

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

   1                **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                    **Supporting Evidence**: On February 10, 2012, Noe Tapia pleaded guilty to No Valid Operator's License, 2Z0176460, Benton County District Court, Kennewick, WA. He was sentenced to pay $610 in fines and fees.

   2                **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                    **Supporting Evidence**: On February 25, 2012, Noa Tapia pleaded guilty to Theft, 2Z158586, Benton County District Court, Kennewick, WA. He was sentence to serve 30 days jail and $743 fines and fees. Mr. Tapia began his jail sentence on March 9, 2012.

   3                **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Tapia, Noe
March 22, 2012
Page 2

**Supporting Evidence**: On March 6, 2012, Noa Tapia failed to report for urine drug testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 23, 2012

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

April 2, 2012
Date