PROB 12C
(7/93)

Report Date: September 23, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 23 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Noe Tapia                   Case Number: 0980 2:06CR00105-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: April 18, 2007

| | |
|---|---|
| Original Offense: | Conspiracy to Interfere with Commerce by Robbery, 18 U.S.C. § 1951, and 371 |
| Original Sentence: | Prison 60 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Jill Bolton |
| | Date Supervision Commenced: May 13, 2011 |
| Defense Attorney: | Ronald A Van Wert |
| | Date Supervision Expires: May 12, 2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

                    **Supporting Evidence**: On September 23, 2013, a search was executed on Mr. Tapia's residence. The search discovered a .44 Special, Charter Arms, Bulldog Pug revolver, loaded with five rounds of ammunition. Also, found were 37 rounds of .44 S&W SPL ammunition.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/23/2013

                s/Curtis G. Hare

                Curtis G. Hare
                U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/23/13
Date